## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CORY BRYAN NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1063-SLP |
| | ) | |
| LATASHA PAYTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>O R D E R</u>

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Amanda Maxfield Green [Doc. No. 24]. The Magistrate Judge recommends that the Court dismiss this action with prejudice because Plaintiff solely asserts violations of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), which does not create a private right of action. *Id.* at 3-4. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before April 21, 2025. *Id.* at 3. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 24] is ADOPTED in its entirety and this action is DISMISSED with prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 5th day of May, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE